UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

Civil Action
No: 98-2130-PHX-WGY
99-744 PHX-WGY
RYOBI             99-623 PHX-WGY ✓

Plaintiff

v.

AMERICAN HONDA
Defendant

## SETTLEMENT ORDER OF DISMISSAL

YOUNG, D.J.

The Court having been advised that the above-entitled actions have been settled:
IT IS ORDERED that these actions are hereby dismissed.

By the Court,

*Elizabeth Smith*
Deputy Clerk

August 15, 2001

...reby attest and certify on 8-22-01
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my cus-
tody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

*Kathleen M. Hescher* Deputy

To: All Counsel

